RAILWAY EXPRESS AGENCY, INC., *v.* UNITED STATES ET AL.

No. 557. Decided December 16, 1957.

*R. J. Fletcher, R. E. Johnson* and *James V. Lione* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission, and *Bernard G. Segal, Irving R. Segal* and *S. Harrison Kahn* for the United Parcel Service, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

CARSON *v.* CITY OF WASHINGTON COURT HOUSE, OHIO.

No. 583. Decided December 16, 1957.

*J. Harvey Crow* for appellant.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.